1004

the grounds and for the reasons set out in the order of the District Court entered January 14, 1937.

■

**In re John B. CLORE and Anna H. Clore, Debtors.**

**No. 7254.**

Circuit Court of Appeals, Sixth Circuit.

June 28, 1937.

Steinfeld & Steinfeld and Frank A. Ropke, all of Louisville, Ky., for appellants.

Grover G. Sales, of Louisville, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

In this cause the order appealed from is affirmed, upon the grounds and for the reasons set out in the opinion of the District Judge rendered September 5, 1935.

■

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Preston R. BASSETT, Respondent.**

**No. 67.**

Circuit Court of Appeals, Second Circuit.

June 14, 1937.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Helen R. Carloss, both of Washington, D. C., for petitioner.

Howard M. Bassett, of New York City, for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed on authority of Helvering v. Morris, 90 F.(2d) 962, handed down herewith.

■

**COMMISSIONER OF INTERNAL REVENUE v. Edward T. BLAIR.**

**No. 5648.**

Circuit Court of Appeals, Seventh Circuit.

April 6, 1937.

Robert Jackson, of Washington, D. C., for appellant.

Wm. B. McIlvaine, J. F. Dammann, and Calvin F. Selfridge, all of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

It appearing to the court that the judgment of this court was entered on April 11, 1936, reversing the United States Board of Tax Appeals, and that the mandate of the Supreme Court of the United States reversing this court and remanding this cause to this court with directions to affirm the decision of the United States Board of Tax Appeals was received and filed in this cause in this court on March 17, 1937, and that counsel for respondent have moved for a judgment upon said mandate; on consideration whereof, it is ordered by the court that the said judgment of this court heretofore entered in this cause on April 11, 1936, be and the same is hereby vacated and set aside, and, pursuant to the mandate of the Supreme Court of the United States, it is ordered and adjudged by this court that the decisions entered in this cause on March 22, 1935, and on March 25, 1935, by the United States Board of Tax Appeals, be and the same are hereby affirmed.